1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON, BRICKLAYERS LOCAL NO. 2 PENSION TRUST, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and WESTERN WASHINGTON MASONRY TRADES APPRENTICESHIP & TRAINING TRUST,<br><br>     Plaintiffs,<br><br> v.<br><br>PUGET SOUND FLOORING & DESIGNS LLC, a Washington limited liability company,<br><br>     Defendant. | CASE NO. 2:22-cv-1462<br><br>ORDER TO SHOW CAUSE |

Plaintiffs Masonry Security Plan of Washington, Bricklayers Local No. 2 Pension Trust, Bricklayers and Trowel Trades International Pension Fund, and Western Washington Masonry Trades Apprenticeship and Training Trust sued Defendant Puget Sound Flooring and Designs LLC on October 14, 2022. Dkt. No. 1. Because Puget Sound Flooring failed to timely answer or otherwise appear, the

ORDER TO SHOW CAUSE - 1

Court granted Plaintiffs' motion for entry of default on December 12, 2022. Dkt. No. 11. Since then, Plaintiffs have neither moved for default judgment nor taken any other actions in this case. *See* Dkt.; *see also* Fed. R. Civ. P. 55(b) (describing the two-step process for obtaining default judgment); LCR 55(b).

Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE why this matter should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute . . . , a defendant may move to dismiss the action or any claim against it."); *see also Boards of Trustees of Nw. Ironworkers Health & Sec. Fund v. Nw. Steelworks, LLC*, No. C22-1540JLR, 2023 WL 5206374, at *1 (W.D. Wash. Aug. 14, 2023) (citing *Henderson v. Duncan*, 779 F.2d 1431, 1432 (9th Cir. 1986)).

Plaintiffs must respond to this order to show cause or file a motion for default judgment by no later than June 28, 2024. If Plaintiffs fail to timely respond or to file a motion for default judgment, the Court will dismiss this action with prejudice without further notice for failure to prosecute.

Dated this 14th day of June, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2